# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

JUDGMENT IN A CIVIL CASE

FRANK MAGRIN,

    Plaintiff,

    V.

THE CREDIT STORE, UNIFUND CCR PARTNERS, INC.,

    Defendants.

CV-S-00-0795-PMP(LRL)

## JUDGMENT

An offer of judgment and an acceptance of that offer of judgment having been filed herein, and counsel having complied with the terms and conditions of Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT is hereby entered in favor of the Plaintiff, Frank Magrin and against the Defendant Unifund CCR Partners, Inc. in the amount of $5,000.00, plus reasonable attorneys' fees.

Dated August 13, 2003

LANCE S. WILSON
Clerk of the Court

*Grace Walters*
(By) Deputy Clerk

X FILED    \_ RECEIVED
X ENTERED    X SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 13 2003

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

47